```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 13381
   RUTHIE M MIXON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-6717

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/05/2004 and was confirmed 06/24/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  75.00%.

     The case was dismissed after confirmation 10/04/2007.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                PAID          PAID
------------------------------------------------------------------------------
CENLAR LOAN ADMINISTRATI  CURRENT MORTG          .00              .00           .00
FIRST MIDWEST BANK        SECURED NOT I     13992.50              .00           .00
CAPITAL ONE BANK          UNSECURED           293.86              .00        182.11
CENTRAL CREDIT UNION OF   UNSECURED        NOT FILED              .00           .00
CITY OF CHICAGO WATER DE  UNSECURED        NOT FILED              .00           .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED              .00           .00
GMAC                      UNSECURED         30392.49              .00      19644.71
LERNER                    UNSECURED        NOT FILED              .00           .00
MASSEYS                   UNSECURED        NOT FILED              .00           .00
NEWPORT NEWS CHARGE       UNSECURED        NOT FILED              .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED              .00           .00
FIRST MIDWEST BANK        NOTICE ONLY      NOT FILED              .00           .00
CENLAR FEDERAL SAVINGS B  COST OF COLLE       100.00              .00        100.00
CENLAR FEDERAL SAVINGS B  COST OF COLLE          .00              .00           .00
LEDFORD & WU              DEBTOR ATTY       2,300.00                       2,300.00
TOM VAUGHN                TRUSTEE                                          1,187.83
DEBTOR REFUND             REFUND                                               8.35

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE               23,423.00

PRIORITY                                          .00
SECURED                                        100.00
UNSECURED                                   19,826.82
ADMINISTRATIVE                               2,300.00
TRUSTEE COMPENSATION                         1,187.83
DEBTOR REFUND                                    8.35
                   ---------------      ---------------
TOTALS                23,423.00              23,423.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 13381 RUTHIE M MIXON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE